Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORA TRIVINO, | Case No.: 07-CV-8313 |
| Plaintiff, | |
| -against- | |
| EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION, INC., HUDSON TOWERS HOUSING CO., INC. and RECTOR OF TRINITY CHURCH, | **NOTICE OF APPEARANCE** |
| Defendants. | |

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendant, LEFRAK ORGANIZATION, INC. hereby appears in the above-entitled action. The undersigned have been retained as attorneys for said defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
January 8, 2008

Yours etc.,

HARRIS BEACH PLLC

_____
Brian A. Bender, Esq. (BAB-0218)
HARRIS BEACH PLLC
*Attorney for Defendant*
**LEFRAK ORGANIZATION, INC.**
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100

261198.1

2

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORA TRIVINO,                                Case No.:
                                             07-CV-8313
                              Plaintiff,

       -against-

EMPIRE STATE PROPERTIES, INC., LEFRAK
ORGANIZATION, INC., HUDSON TOWERS
HOUSING CO., INC. and RECTOR TRINITY
CHURCH,

                              Defendants.

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100