Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORA TRIVINO, | Case No.: 07-CV-8313 (AKH) |
| Plaintiff, | |
| -against- | |
| EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION, INC., HUDSON TOWERS HOUSING CO., INC. and RECTOR OF TRINITY CHURCH, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The undersigned certifies that on January 8, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Notice of Appearance

Dated: New York, New York
       January 8, 2008

              Brian A. Bender

261199.1