Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORA TRIVINO,<br><br>                             Plaintiff,<br><br>-against-<br><br>EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION, INC., HUDSON TOWERS HOUSING CO., INC. and RECTOR OF TRINITY CHURCH,<br><br>                             Defendants. | Case No.:<br>07-CV-8313 (AKH)<br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.** |

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      January 8, 2008

                                      Yours, etc.,

                                      **HARRIS BEACH PLLC**

                                      _____
                                      Brian A. Bender, Esq. (BAB-0218)
                                      *Attorneys for Defendant*
                                      ***LEFRAK ORGANIZATION, INC.***
                                      100 Wall Street
                                      New York, New York 10005
                                      (212) 687-0100

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORA TRIVINO, | Case No.: 07-CV-8313 (AKH) |
| Plaintiff, | |
| -against- | |
| EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION, INC., HUDSON TOWERS HOUSING CO., INC. and RECTOR OF TRINITY CHURCH, | |
| Defendants. | |

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100