IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORA TRIVINO,

                                   Plaintiff,

        -against-

EMPIRE STATE PROPERTIES, INC., LEFRAK
ORGANIZATION, INC., HUDSON TOWERS
HOUSING CO., INC. and RECTOR OF TRINITY
CHURCH,

                               Defendants.

Case No.:
07-CV-8313 (AKH)

**CERTIFICATE OF
SERVICE**

The undersigned certifies that on January 8, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1.     Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: New York, New York
       January 8, 2008

                                 Brian A. Bender

261202.1