Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| UNITED STATED DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | |
| NORA TRIVINO, <br><br> Plaintiff, <br><br> -against- <br><br> EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION, INC., HUDSON TOWERS HOUSING CO., INC. and RECTOR OF TRINITY CHURCH, <br><br> Defendants. | Case No.: 07-CV-8313 <br><br><br><br><br> NOTICE OF APPEARANCE |

**TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE**, that defendant, HUDSON TOWERS HOUSING CO., INC. hereby appears in the above-entitled action. The undersigned have been retained as attorneys for said defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
January 8, 2008

                Yours etc.,

                HARRIS BEACH PLLC

                _____
                Brian A. Bender, Esq. (BAB-0218)
                HARRIS BEACH PLLC
                *Attorney for Defendant*
                *HUDSON TOWERS HOUSING CO., INC.*
                100 Wall Street, 23rd Floor
                New York, New York 10005
                (212) 687-0100

261201.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORA TRIVINO,<br><br>                              Plaintiff,<br><br>    -against-<br><br>EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION, INC., HUDSON TOWERS HOUSING CO., INC. and RECTOR TRINITY CHURCH,<br><br>                              Defendants. | Case No.:<br>07-CV-8313 |

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100