Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORA TRIVINO,

                                       Plaintiff,

-against-

EMPIRE STATE PROPERTIES, INC., LEFRAK
ORGANIZATION, INC., HUDSON TOWERS
HOUSING CO., INC. and RECTOR OF TRINITY
CHURCH,

                                       Defendants.

Case No.:
07-CV-8313 (AKH)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 8, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1.    Notice of Appearance

Dated: New York, New York
         January 8, 2008

                                                      Brian A. Bender

261200.1