IN RE: WORLD TRADE CENTER LOWER                    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORA TRIVINO,                                      Case No.:
                                                   07-CV-8313 (AKH)
                                   Plaintiff,

            -against-

EMPIRE STATE PROPERTIES, INC., LEFRAK             **CERTIFICATE OF**
ORGANIZATION, INC., HUDSON TOWERS                 **SERVICE**
HOUSING CO., INC. and RECTOR OF TRINITY
CHURCH,

                                   Defendants.

The undersigned certifies that on January 8, 2008, I caused to be filed and served the

following documents electronically via the Court's ECF system upon the parties:

    1.    Notice of Adoption of Answer to Master Complaint of Hudson Towers Housing
          Co., Inc.

Dated: New York, New York
       January 8, 2008

261203.1

                                        Brian A. Bender