UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 102 (AKH)

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

NORA TRIVINO,

                    Plaintiffs,

- against -

EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION, INC., HUDSON TOWERS HOUSING CO., INC. and RECTOR OF TRINITY CHURCH,

                    Defendants.

DOCKET NO.
07- CIV- 8313
COMPLAINT BY ADOPTION (CHECK-OFF COMPLAINT) RELATED TO THE MASTER COMPLAINT

PLAINTIFF(S) DEMAND A TRIAL BY JURY

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 3rd day of January, 2008 at approximately 1:45 p.m. at Harris Beach PLLC, 100 Wall Street, New York, New York, 10005 deponent served the within copy of the Summons and Complaint upon Lefrak Organization, Inc., by delivering thereat a true copy of same to Jodie Savitzky, paralegal, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female White, White skin, brown, approx. 40-45, height approx. 5'0"-5'3."**

                                                    Stephanie Lopez

Sworn to before me this
3rd day of January, 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__